UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| AMELIA D. PARKER, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | No. 1:04-cv-320 |
| | ) | *Edgar / Carter* |
| JO ANNE B. BARNHARDT, | ) | |
| Commissioner of Social Security, | ) | |
| *Defendant*. | ) | |

## MEMORANDUM AND ORDER

Plaintiff Amelia D. Parker brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the administrative decision of the Commissioner of Social Security denying her a period of disability and disability insurance benefits income under the Social Security Act, 42 U.S.C. §§ 416(i) and 423.

This case was referred to United States Magistrate Judge William B. Mitchell Carter for a report and recommendation pursuant to 28 U.S.C. § 636(b). The Magistrate Judge filed his report and recommendation on December 28, 2005. [Court Doc. No. 19]. The parties have not timely filed any objections.

After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P 72(b). The plaintiff's motion for judgment on the pleadings [Court Doc. No. 14] is **DENIED**. The defendant's

1

motion for summary judgment [Court Doc. No. 17] is **GRANTED** pursuant to Fed. R. Civ. P. 56. The administrative decision of the Commissioner of Social Security shall be **AFFIRMED,** and the plaintiff's complaint shall be **DISMISSED WITH PREJUDICE**. A separate judgment will enter.

    SO ORDERED.

    ENTER this *2nd day of February, 2006.*

                                             */s/ R. Allan Edgar*
                                              R. ALLAN EDGAR
                                      UNITED STATES DISTRICT JUDGE

2

Case 1:04-cv-00320   Document 20   Filed 02/03/06   Page 2 of 2   PageID #: 29